UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **CHARLOTTE RIDGEWAY** | ) | **CASE NO. 1:08CV1705** |
|  | ) |  |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| **AETNA** | ) | **ORDER** |
|  | ) |  |
| Defendant. | ) |  |

Plaintiff filed "NOTICE OF DISMISSAL" ECF Doc. No. 7 on September 11, 2008. Plaintiff's notice was submitted unsigned.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs.

**IT IS SO ORDERED.**


_9/16/2008 _____                                         S/Christopher A. Boyko    
**Date**                                                              **CHRISTOPHER A. BOYKO**
                                                                              **United States District Judge**